UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     -against-

EDWIN RIVERA,

                Defendant.

**<u>ORDER</u>**

24 Cr. 321 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Defendant is directed to submit a letter by **June 20, 2024,** apprising the Court of his decision whether to undergo surgery.

Dated:  New York, New York
       June 10, 2024

SO ORDERED.

Paul G. Gardephe
United States District Judge