# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 17, 2024

**By ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re: **United States v. Edwin Rivera**, 24 Cr. 321 (PGG)

Dear Judge Gardephe:

     Pursuant to the Court's Order of June 10, 2024, ECF No. 22, I write to inform the Court that Mr. Rivera decided not to undergo surgery. Accordingly, Mr. Rivera is prepared to appear before the Court and enter a guilty plea pursuant to a plea agreement either on the next conference date currently scheduled for July 12, 2024, or, if the Court prefers, at an early date.

     Respectfully submitted,

     /s/ Amy Gallicchio

     Amy Gallicchio
     Assistant Federal Defender
     Office: (212) 417-8728
     Cell: (917) 612-3274

cc:    AUSA Jacob Gutwillig

**MEMO ENDORSED:**

A change-of-plea hearing will take place in this matter on **Friday, June 21, 2024, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Date: June 18, 2024