# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 5, 2024

By ECF and Fax
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. Edwin Rivera**, 24 Cr. 321 (PGG)

Dear Judge Gardephe:

I write, with the consent of the Government, to request a one-week adjournment of the deadlines by which the Defense and Government's sentencing submissions are due. I am not seeking an adjournment of the sentencing hearing currently scheduled for October 8, 2024.

The Defense and Government sentencing submissions are currently due no later than September 10, 2024, and September 17, 2024, respectively. However, I require additional time to complete the Defense submission and, before doing so, to review the final Presentence Report, which isn't scheduled to be disclosed until September 13, 2024, after the current Defense submission deadline.

Therefore, I respectfully request that the submission deadlines be reset as follows:

- Defense submission no later than September 17, 2024.
- Government no later than September 24, 2024.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Sept. 5, 2024

Respectfully submitted,

/s/ Amy Gallicchio

_____
Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274

cc:   AUSA Jacob Gutwillig