# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 17, 2024

**By ECF and Fax**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:
/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Sept. 17, 2024

Re: **United States v. Edwin Rivera**, 24 Cr. 321 (PGG)

Dear Judge Gardephe:

I write, with the consent of the Government, to request a second adjournment of the deadlines by which the Defense and Government's sentencing submissions are due. I am not seeking an adjournment of the sentencing hearing currently scheduled for October 8, 2024.

I am informed by Probation Officer Jemmard Thomas that he will file his final Presentence Report no later than Tuesday, September 24, 2024.

Therefore, I respectfully request that the submission deadlines be reset as follows:

- Defense submission no later than September 25, 2024.
- Government submission no later than October 2, 2024.

Respectfully submitted,

/s/ Amy Gallicchio

Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274

cc:   AUSA Jacob Gutwillig